UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KG DONGBU USA, INC. and ) | Judge Eldon E. Fallon |
| DB INSURANCE CO., LTD., ) | Magistrate Judge Karen Wells Roby |
| ) | |
| v.                              ) | Section L (4) |
| ) | |
| PANOBULK LOGISTICS, INC.   ) | Case No. 2:23-cv-00027 |
| COOPER CONSOLIDATED, LLC, and ) | |
| COASTAL CARGO COMPANY, LLC  ) | |

COOPER CONSOLIDATED, LLC'S
STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

| <u>COOPER CONSOLIDATED, LLC</u><br>NON-GOVERNMENTAL<br>CORPORATE PARTY<br>TO THIS ACTION | PUBLICLY HELD<br>COMPANY THAT<br>OWNS 10% OR MORE<br>OF THE PARTY'S STOCK |
|---|---|
| **<u>Cooper Consolidated, LLC, is entirely privately owned.</u>** | <u>N/A</u> |

Respectfully Submitted,

**KEAN MILLER LLP**

/s/ Sean T. McLaughlin
**BRADLEY J. SCHLOTTERER (#24211)**
**SEAN T. McLAUGHLIN (#31870)**
909 Poydras Street, Suite 3600
New Orleans, LA   70112
Telephone:  (504) 585-3050
Facsimile:    (504) 585-3051
Brad.Schlotterer@keanmiller.com
Sean.McLaughlin@keanmiller.com

- and -

Ronald E. Fox* (#29487MO)
Aaron C. Sherman* (#70454MO)
FOX SMITH, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO  63102
314-588-7000
314-588-1965 (Fax)
rfox@foxsmithlaw.com
asherman@foxsmithlaw.com
*Pro Hac Vice Admission Pending

Attorneys for Defendant
Cooper Consolidated, LLC

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned certifies that on this 31st day of March, 2023, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to the following counsel of record:

| | |
|---|---|
| David R. Sharpe | Peter Brooks Sloss |
| Alan R. Davis | Samuel Louis Sands |
| Lorin R. Scott | Murphy, Rogers, Sloss, Gambel & Tompkins |
| Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | 701 Poydras Street, Suite 400 |
| 601 Poydras Street, Suite 2775 | New Orleans, LA 70139 |
| New Orleans, LA 70130 | psloss@mrsnola.com |
| dsharpe@lawla.com | ssands@mrsnola.com |
| adavis@lawla.com | |
| lscott@lawla.com | Attorneys for Defendant Coastal Cargo Company, LLC |
| Attorneys for Plaintiffs | |

                                               /s/ Sean T. McLaughlin