**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

CASE NO.: 1:15-CV-23587-KMW-WILLIAMS/SIMONTON

| | |
|---|---|
| KG DONGBU USA, INC. and<br>DB INSURANCE CO., LTD.,<br>    Plaintiffs,<br><br>    v.<br><br>PANOBULK LOGISTICS, INC.<br>COOPER CONSOLIDATED, LLC, and<br>COASTAL CARGO COMPANY, LLC,<br><br>    Defendants. | ) Judge Eldon E. Fallon<br>) Magistrate Judge Karen Wells Roby<br>)<br>) Section L (4)<br>)<br>) Case No. 2:23-cv-00027<br>)<br>)<br>)<br>)<br>) |
| COOPER CONSOLIDATED, LLC.,<br><br>    Cross-Complainant,<br><br>    v.<br><br>COASTAL CARGO COMPANY, LLC, and<br>PANOBULK LOGISTICS, INC.,<br><br>    Cross-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| PANOBULK LOGISTICS, INC.,<br><br>    Cross-Complainant,<br><br>    v.<br><br>COOPER CONSOLIDATED, LLC., and<br>COASTAL CARGO COMPANY, LLC,<br><br>    Cross-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

**DEFENDANT PANOBULK LOGISTICS, INC.'S**
**STATEMENT IN COMPLIANCE WITH FRCP RULE 7.1**
**CORPORATE DISCLOSURE**

PANOBULK LOGISTICS, INC.

NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

**Panobulk Logistics, Inc. is entirely privately owned.**

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

**N/A-_____**

    Respectfully submitted,

    By: /s/ R. Joshua Koch, Jr

    R. Joshua Koch, Jr (LA. 007767)
    KOCH & SCHMIDT, LLC
    *Counsel for Defendant and Cross-Complainant,*
    *PANOBULK LOGISTICS, INC.*
    650 Poydras St, Suite 2660
    New Orleans, Louisiana
    Telephone:     (504) 208 – 9040)
    Facsimile:     (504) 208 - 9041
    Email: jkoch@kochschmidt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22 day of May 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties, via transmission of Notices of Electronic Filing generated by CM/ECF.