UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KG DONGBU USA, INC. AND<br>DB INSURANCE CO., LTD., | *<br>*    CIVIL ACTION NO. |
|    - versus - | *     2:23-cv-00027 |
| PANOBULK LOGISTICS, INC.,<br>COOPER CONSOLIDATED, LLC, AND<br>COASTAL CARGO COMPANY, LLC | *    JUDGE FALLON<br>        MAG. ROBY<br>* |

\*   \*   \*   \*   \*   \*   \*   \*

CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Coastal Cargo Company, L.L.C., who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, discloses that it is a wholly owned subsidiary of Neeb Kearney & Co. LLC. No publicly held corporation owns more than 10% of the stock of Neeb Kearney & Co. LLC

                                             Respectfully submitted,

                                             MURPHY, ROGERS, SLOSS,
                                                   GAMBEL & TOMPKINS
                                             */s/ Peter B. Sloss*
                                             Peter B. Sloss (# 17142)
                                             psloss@mrsnola.com
                                             Samuel L. Sands (#40038)
                                             ssands@mrsnola.com
                                             701 Poydras Street
                                             Suite 400, Hancock Whitney Center
                                             New Orleans, LA 70139
                                             Telephone: (504) 523-0400
                                             Facsimile: (504) 523-5574
                                             ***Attorneys for Coastal Cargo Company, L.L.C.***