UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KG DONGBU USA, INC., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-27** |
| **PANOBULK LOGISTICS, INC., ET AL** | **SECTION "L" (4)** |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs DB Insurance Co., Ltd. and KG Dongbu USA, Inc. make the following corporate disclosure statements. These disclosures are based upon information reasonably available to Plaintiffs at this time. Should Plaintiffs acquire additional information, Plaintiffs will supplement these disclosures as required by Federal Rule of Civil Procedure 7.1.

DB Insurance Co., Ltd. hereby states that there is no parent corporation or other publicly held corporation owning 10% or more of its stock.

KG Dongbu USA, Inc. (n/k/a KG Steel USA, Inc.) hereby states that it is a wholly owned subsidiary of KG Dongbu Steel Co., Ltd., a privately held company. No publicly held corporation owns 10% or more of KG Dongbu Steel Co., Ltd.'s stock.

Respectfully submitted,

*/s/ Lorin R. Scott* _____
David B. Sharpe, T.A. (La. No. 20370)
Alan R. Davis (La. No. 31694)
Lorin R. Scott (La. No. 38888)
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: dsharpe@lawla.com
adavis@lawla.com
lscott@lawla.com

*Counsel for Plaintiffs, DB Insurance Co., Ltd. and KG Dongbu USA, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Lorin R. Scott* _____