# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KG DONGBU USA, INC. ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-27 C/W 23-6912** |
| **PANOBULK LOGISTICS, INC. ET AL** | **SECTION "L" (4)** |

## ORDER

Having been informed that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

**IT IS FURTHER ORDERED** that the pretrial conference currently scheduled for May 13, 2024, be **CANCELLED**.

New Orleans, Louisiana, this 2nd day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE